## IN RE Mark H. ALLENBAUGH

### A Suspended Member of the Bar of the District of Columbia Court of Appeals, Bar Registration No. 471455

### No. 17–BG–225

District of Columbia Court of Appeals.

(FILED June 29, 2017)

**2016 DDN 344**

BEFORE: Easterly, Associate Judge, and Nebeker and Reid, Senior Judges.

### ORDER

PER CURIAM

On consideration of the certified order of the Maryland Court of Appeals disbarring respondent from the practice of law in Maryland; this court's April 14, 2017, or-

---

der suspending respondent in this case and directing him to show cause why identical reciprocal discipline should not be imposed; and the statement of Disciplinary Counsel regarding reciprocal discipline; it appearing that respondent did not file a response to this court's show cause order or file the required D.C. Bar R. XI, § 14(g) affidavit; and it further appearing that respondent was previously suspended from the practice of law, *see In re Allenbaugh,* 114 A.3d 981 (D.C. 2015), and failed to file the required affidavit, it is

ORDERED that Mark H. Allenbaugh is hereby disbarred from the practice of law in the District of Columbia. *See In re Sibley,* 990 A.2d 483, 487–88 (D.C. 2010) (explaining that the presumption of identical discipline in D.C. Bar R. XI, § 11(c) will prevail except in "rare" cases); *In re Cole,* 809 A.2d 1226, 1227 n.3 (D.C. 2002) (explaining that in unopposed reciprocal matters the "imposition of identical discipline should be close to automatic"). It is

FURTHER ORDERED that the time for eligibility to petition for reinstatement will not begin to run until such time as respondent files a D.C. Bar R. XI, § 14(g) affidavit.